1058

[No. 26171-9-III.   Division Three.   April 8, 2008.]

Debra S. Flaugh, *Appellant*, v. Basin Insurance Associates, Inc., et al., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-2-00047-8, John M. Antosz, J., entered April 17, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 26309-6-III.   Division Three.   April 8, 2008.]

The State of Washington, *Appellant*, v. John Ronald McBride, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-03931-0, Michael P. Price, J., entered June 28, 2007. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[Nos. 25226-4-III; 26125-5-III.   Division Three.   April 10, 2008.]

The State of Washington, *Respondent*, v. Donald Dwayne Youngblood, *Appellant*.

*In the Matter of the Personal Restraint of* Donald Dwayne Youngblood, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00269-2, Cameron Mitchell, J., entered May 18, 2006, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Schultheis, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 58968-7-I.   Division One.   April 14, 2008.]

The State of Washington, *Respondent*, v. Robert Lee Turner, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11500-5, Michael S. Spearman, J., entered July 19, 2006. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Ellington, J.